IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRECISION INDUSTRIES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>TYSON FOODS, INC.<br><br>    Defendant. | No. 8:09-cv-00195-JFB-TDT<br><br>**ORDER** |

This matter is before the Court on Filing No. 24, Defendant Tyson Foods, Inc.'s Motion for Extension of time. For good cause shown,

IT IS ORDERED THAT THE MOTION IS GRANTED; the deadline for filing a reply brief in support of its motion to dismiss is extended until and including October 2, 2009.

Dated this 28th day of September, 2009.

BY THE COURT:

_____
Chief District Judge

4850-4614-0420.1