# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PRECISION INDUSTRIES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV195 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TYSON FOODS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Second Motion to Compel Responses to Plaintiff's First Set of Interrogatories and Requests for Production (Filing No. 72) and the parties' stipulation (Filing No. 89). The parties' stipulation resolves the plaintiff's motion to compel. Accordingly,

**IT IS ORDERED:**

1. The plaintiff's Second Motion to Compel Responses to Plaintiff's First Set of Interrogatories and Requests for Production (Filing No. 72) is granted as set forth herein.

2. The parties' stipulation (Filing No. 89) is adopted.

3. **On or before October 1, 2010**, the defendant shall supplement its responses to the plaintiff's Interrogatory No. 2 and Requests for Production Nos. 12, 19, and 22.

DATED this 13th day of September, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge