# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PRECISION INDUSTRIES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV195 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TYSON FOODS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the January 24, 2011, written request from the parties to stay these proceedings, including all pending deadlines, for a period of ten days. The parties request the stay in an attempt to settle the matter. Upon consideration,

**IT IS ORDERED:**

1. The parties request for stay is granted.

2. **On or before February 4, 2011**, the parties shall file a status report containing counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

DATED this 25th day of January, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge